IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SONYA PITTMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) CASE NO. 1:24-cv-00176-RAH-JTA |
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., | ) ) ) |
| Defendant. | ) ) |

## **ORDER**

Upon consideration of the parties' joint *Stipulation of Dismissal* (Doc. 26) filed on January 8, 2025, which comports with Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is dismissed with prejudice on the terms agreed to and set out by the parties.

All pending deadlines are terminated. The Clerk of the Court is **DIRECTED** to close the case.

**DONE** and **ORDERED** on this the 8th day of January 2025.

_/s/ R. Austin Huffaker, Jr._
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE